**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Linwood BATTS, Jr., Defendant– Appellant.**

**No. 12–7385.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 18, 2012.

Linwood Batts, Jr., Appellant Pro Se. Jennifer P. May–Parker, Ethan A. Ontjes, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Batts, Jr., appeals the district court's order denying for lack of jurisdic-

tion his motion seeking an extension of time to file a motion under 28 U.S.C.A. § 2255 (West Supp.2012). On appeal, we confine our review to the issues raised in the appellant's brief. *See* 4th Cir. R. 34(b). Because Batts' informal brief does not challenge the basis for the district court's disposition, Batts has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*